IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-429-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REAL PROPERTY LOCATED AT 3300 ) | |
| QUEEN CITY DRIVE, CHARLOTTE, ) | |
| NORTH CAROLINA, a/k/a RED ROOF INN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion Regarding Street Address Of Defendant Property" (Document No. 8) filed October 22, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the claimants, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion Regarding Street Address Of Defendant Property" (Document No. 8) is **GRANTED**.

**IT IS FURTHER ORDERED THAT:**

1. Unless expressly noted to the contrary, all pleadings and other filings herein shall be deemed to refer to the street address of the defendant property as 3300 and 3325 Queen City Drive.

2. This order is entered for the convenience of the Court and the parties and does not affect the legal description of the property as referenced in the complaint and in both claims filed to date. The legal description ultimately controls what property may be forfeited herein.

**SO ORDERED**.

Signed: October 22, 2015

David C. Keesler
United States Magistrate Judge