# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:15-CV-429-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | **ORDER** |
| REAL PROPERTY LOCATED AT ) | |
| 3300 QUEEN CITY DRIVE, ) | |
| CHARLOTTE, NORTH CAROLINA, ) | |
| a/k/a Red Roof Inn ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Entry Of Order" (Document No. 17) filed August 1, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Entry Of Order" (Document No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The Court approves the Settlement Agreement attached to the Government's motion;

2. The $175,000 of cash proceeds paid to the United States from the sale of the real property at issue in this case is hereby substituted for such real property and such real property is hereby released from further proceedings in this matter. The Court will issue a separate arrest warrant in rem for these cash proceeds;

3. Shreeji Hospitality Queen City, LLC and Yadkin Bank, the claimants in this matter are hereby released of any further obligation to participate in this litigation other than what is required under the Settlement Agreement;

4. The United States shall file on the public record an appropriate release or cancellation of the *lis pendens* it recorded with respect to the real property at issue in this case;

5. The United States shall publish an appropriate notice with respect to the substituted $175,000 of cash proceeds;

6. If no other claimants file timely or appropriate answers or claims with respect to the substitute cash proceeds, the Court will entertain a motion by the Government for the final forfeiture of such cash proceeds as permitted by law; and

7. All parties who have appeared in this action to date shall pay their own costs and attorney's fees with respect to this matter.

**SO ORDERED**.

Signed: August 5, 2016

_____
David C. Keesler
United States Magistrate Judge