# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:15-CV-00429-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **DEFAULT JUDGMENT** |
| REAL PROPERTY LOCATED AT 3300 | ) |
| QUEEN CITY DRIVE, CHARLOTTE, | ) |
| NORTH CAROLINA, A/K/A RED ROOF | ) |
| INN, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court upon Plaintiff United States of America's ("Plaintiff") Motion for Entry of Default Judgment as to all persons and organizations in the world other than the parties that have previously appeared in this case and settled their claims. (Doc. No. 25). No responses or oppositions to the Motion of Entry of Default Judgment were filed and the time for doing so has expired.

Plaintiff filed a verified complaint for forfeiture <u>in rem</u> against Real Property Located at 3300 Queen City Drive, Charlotte, NC, ("Defendant Property"), on September 17, 2015, seeking condemnation and forfeiture of Defendant Property so that Plaintiff could dispose of it according to law. (Doc. No. 1). On August 1, 2016, Plaintiff, Claimant Shreeji Hospitality Queen City, LLC, ("Shreeji"), and SHPG Hospitality, Inc., ("SHPG"), filed a consent order seeking court approval of a settlement agreement whereby Shreeji, the current owner and operator of the property at issue, would pay $175,000 to the United States from the funds Shreeji received at closing of the sale of Defendant Property to SHPG, the party seeking to purchase the property. (Doc. No. 17). The Court granted this order and approved the settlement on August 5, 2016.

(Doc. No. 18). On August 8, 2016, the Court issued a warrant for arrest <u>in rem</u>, substituting One Hundred Seventy-Five Dollars ($175,000) for Defendant Property. (Doc. No. 19). Process was fully issued in this action and returned according to law, including by internet publication of notice, (Doc. Nos. 22 to 22-1). Plaintiff moved for entry of default on October 12, 2016. (Doc. No. 23). No other person has filed a verified claim or an answer within the time allowed by law, and accordingly, the clerk entered default against all persons and organizations in the world other than the parties that have previously appeared in this case and settled their claims on October 18, 2016. (Doc. No. 24). Plaintiff has now moved for default judgment. (Doc. No. 25).

Having reviewed the claims asserted in the Complaint, (Doc. No. 1), the affidavit submitted by Federal Bureau of Investigation Special Agent Shawnda Drummond, (Doc. No. 1-1), and the evidence submitted in connection with Plaintiff's Motion for Default Judgment, (Doc. No. 25), the Court finds that Plaintiff's Motion shall be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion for Default Judgment, (Doc. No. 25), is **GRANTED**; and
2. Any and all right, title and interest of all persons in the world, other than the parties that have previously appeared in this case and settled their claims, to the following property is hereby **FORFEITED to the United States**; and no other right, title, or interest shall exist therein: $175,000 received by the United States Marshal from the closing of the sale of Real Property Located at 3300 Queen City Drive, Charlotte, NC; and
3. The United States Marshal is hereby directed to dispose of the remaining forfeited property in this case according to law.

Signed: November 29, 2016

Robert J. Conrad, Jr.
United States District Judge